**Samantha Dore**

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | cw49727@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| | | |
|---|---|---|
| 02/09/2024 | 🌐 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 🌐 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | brianstafford020@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| | | |
|---|---|---|
| 02/09/2024 | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | 'Egedechibuiket1@gmail.com' |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| | | | |
|---|---|---|---|
| 02/09/2024 | | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | georgededavis@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| 02/09/2024 | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | georgedavis5536@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| | | | |
|---|---|---|---|
| 02/09/2024 | | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | fazeelaikram68@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| | | |
|---|---|---|
| 02/09/2024 | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | 'mathewcharles149@gmail.com' |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| | | |
|---|---|---|
| 02/09/2024 | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | russorita777@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| 02/09/2024 | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1

# Samantha Dore

| | |
|---|---|
| **From:** | Samantha Dore |
| **Sent:** | Friday, February 9, 2024 10:56 AM |
| **To:** | rexlee366@gmail.com |
| **Cc:** | londond@sec.gov |
| **Subject:** | Securities & Exchange Commission v. GA Investors et al Notice of Default |
| **Attachments:** | 23cv11050-MJJ Default.pdf; 23-cv-11050-MJJ Standing Order.pdf |
| **Importance:** | High |

| 02/09/2024 | 39 | NOTICE: Clerk's ENTRY OF DEFAULT as to GA Investors (Dore, Samantha) (Main |
| 02/09/2024 | 40 | Judge Myong J. Joun: ORDER entered. STANDING ORDER on motions for default j |

Samantha Dore
Docket Clerk to
The Honorable Leo T. Sorokin
The Honorable Myong J. Joun
U.S. District Courts
1 Courthouse Way
Boston, MA
02210

1