UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>GA INVESTORS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-11050-MJJ<br>)<br>)<br>)<br>)<br>) |

**SECURITIES AND EXCHANGE COMMISSION'S**
**MOTION FOR DEFAULT JUDGMENT AGAINST GA INVESTORS**

Plaintiff Securities and Exchange Commission requests that the Court enter a default judgment against GA investors under Federal Rule of Civil Procedure 55(b)(2). In support of this motion, the Commission submits the accompanying memorandum of law and a declaration by Commission accountant John McCann. A proposed form of judgment is attached for the Court's consideration.

    Respectfully submitted,

    SECURITIES AND EXCHANGE COMMISSION

    By its attorneys,

    /s/ *David H. London*
    David H. London (Mass. Bar No. 638289)
    Kerry Dakin (Mass. Bar No. 640826)
    Russell A. Mawn, Jr. (Mass. Bar No. 712095)
    Sean J. Fishkind (Mass. Bar No. 707172)
    Boston Regional Office
    33 Arch Street, 24th Floor
    Boston, MA 02110
    (617) 573-8997 (London direct)
    LondonD@sec.gov (London email)

Dated: February 29, 2024

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned was unable to confer with defendant GA Investors because it is not represented by counsel and it has not responded to emails sent to the several email addresses identified on the public docket at Doc No. 14.

/s/ *David H. London*
David H. London

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, a true and correct copy of this document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. Copies of this document will be sent by email to the Defendant at the several email addresses identified on the public docket at Doc No. 14.

/s/ *David H. London*
David H. London